CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 30 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN HUDSON,<br>    Plaintiff, | Civil Action No. 7:17-cv-00076 |
| v. | **DISMISSAL ORDER** |
| HAROLD CLARKE, et al,<br>    Defendant(s). | By:  Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court. Any pending motions are **DISMISSED** as moot.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 30th day of March, 2017.

/s/ Jackson L. Kiser
Senior United States District Judge